UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD, individually and as Successor in Interest to MICHAEL LARAY DOZER, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, a municipal entity, OFFICER AARON STRINGER, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 1:14-cv-01735-SAB**<br><br>**ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT** |

1 | The Court, having considered the Joint Stipulation of the parties, and **GOOD CAUSE APPEARING**, it is hereby ordered that the First Amended Complaint attached as Exhibit A to the Joint Stipulation may be filed in the above-entitled action by Wednesday, May 27, 2015.

IT IS SO ORDERED.

Dated:   **May 22, 2015**

UNITED STATES MAGISTRATE JUDGE