# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY MICHAEL DOZER SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO COMPLY WITH RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>TEN DAY DEADLINE |

Plaintiff filed this civil rights action on November 6, 2014, pursuant to 42 U.S.C. § 1983. On May 27, 2015 a first amended complaint was filed and a summons was issued for Michael Dozer. As of this date, Plaintiff has not returned an executed service of summons for Michael Dozer.

Rule 4(m) of the Federal Rules of Civil procedure addresses the time requirements for service of the complaint in civil cases. At the time the summons in this action was issued Rule 4(m) provided:

> If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, Plaintiff is HEREBY ORDERED to show cause in writing within ten (10)

1

days from the date of service of this order why Michael Dozer should not be dismissed from this action for failure to serve the complaint in compliance with Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **February 1, 2016**

UNITED STATES MAGISTRATE JUDGE