# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD, | Case No. 1:14-cv-01735-SAB |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANT MICHAEL DOZER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m) |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | (ECF No. 27) |

On May 27, 2015, Plaintiff filed a first amended complaint adding Michael Dozer as a defendant in this action. (ECF No. 24.) On June 18, 2015, a summons issued for Michael Dozer. (ECF No. 24.) On February 1, 2016 an order issued requiring Plaintiff to show cause within ten days why Michael Dozer should not be dismissed from this action for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure. More than ten days have passed and Plaintiff has failed to show cause or otherwise respond to the February 1, 2016 order.

Rule 4(m) of the Federal Rules of Civil procedure addresses the time requirements for service of the complaint in civil cases. At the time the summons in this action was issued Rule 4(m) provided:

> If a defendant is not served within 120 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

1

There are two avenues for relief under Rule 4(m).  <u>Lemoge v. United States</u>, 587 F.3d 1188, 1198 (9th Cir. 2009).  First the court must extend time for service upon a showing of good cause.  <u>Id.</u>  Second, if good cause is not established, the district court has the discretion to extend time for service upon a showing of excusable neglect.  <u>Id.</u>

In this instance, Plaintiff has failed to respond to the order to show cause, and therefore, has not established good cause or excusable neglect.

Accordingly, IT IS HEREBY ORDERED that Michael Dozer is dismissed from this action, without prejudice, for Plaintiff's failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **February 17, 2016**

UNITED STATES MAGISTRATE JUDGE

2