UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD, individually and as Successor in Interest to MICHAEL LARAY DOZER, deceased,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF BAKERSFIELD, a municipal entity, OFFICER AARON STRINGER, an individual, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER RE JOINT STIPULATION REGARDING EVIDENCE |

Pursuant to the stipulation of the parties, it is hereby ordered that at the time of trial:

1.    There will be no reference to, evidence of, or argument pertaining to the Bakersfield Police Department or its officers as the "deadliest police force in America" or other such inflammatory accusations.

2.    There will be no reference to, evidence of, or argument pertaining to other shootings, wrongful death claims, or other claims for excessive force against any of the named Defendants.

3.    There will be no reference to, evidence of, or argument pertaining to any alleged statistics regarding the use of force or use of deadly force by Bakersfield Police Department.

4.    There will be no reference to, evidence of, or argument pertaining to the exercise of Beleher rights or other privileges.

5. There will be no reference to, evidence of, or argument that Defendant Aaron Stringer was represented by counsel at his interview.

6. There will be no reference to, evidence of, or argument pertaining to other allegedly wrongful acts by other law enforcement officers or agencies.

7. There will be no reference to or evidence of expert opinions which exceed scope of the designation or which were not given during the course of discovery.

8. There will be no testimony by any witness who was not identified during the course of discovery.

9. There will be no reference to or evidence of any prior citizen complaint, investigations, or other lawsuits involving Defendant Aaron Stringer.

10. There will be no reference to or evidence of Defendant Aaron Stringer's personnel file.

11. There will be no reference to, evidence of, or argument pertaining to the City of Bakersfield's policies, training, or discipline being inadequate.

12. There will be no reference to, evidence of, or argument pertaining to economic damages other than funeral and burial expenses.

In regard to the above referenced areas, the parties shall:

1. Not mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in the above referenced area; and

2. Warn and caution each witness to strictly follow said instructions.

IT IS SO ORDERED.

Dated: __**September 14, 2016**__

                                          UNITED STATES MAGISTRATE JUDGE