UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)



## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NAME:** LESLIE CRAWFORD vs CITY OF BAKERSIFIELD

**CASE NUMBER:** 1:14-CV-01735-SAB

**Retrieval:**
Pursuant to Local Rule 138(f) of Eastern District of California, the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, reference or admitted the exhibit at trial**. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

Additionally, in the case of admitted exhibits, the parties, personally or by counsel if represented, shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

**Retention:**
The parties to this action, personally or by counsel if represented, shall retain possession of and keep safe and in a secure location all exhibits, used, referenced and/or admitted at trial, until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: 10/20/2016

STANLEY A. BOONE
United States Magistrate Judge

I hereby acknowledge receipt of exhibits used, referenced and admitted by me at trial and I shall retain such exhibits in accordance with the retention section, described above.

DATE EXHIBITS RETURNED: 10-20-16

Plaintiff/Plaintiff's Counsel: BRIAN QUIN

Plaintiff/Plaintiff's Counsel Signature: _____

DATE EXHIBITS RETURNED: 10-20-2016

Defendant/Defendant's Counsel: Mick Marderosian

Defendant/Defendant's Counsel Signature: _____

This document certifies that the above referenced exhibits were returned.

DATED: 10/20/2016

~~MAMIE HERNANDEZ~~ Esther Valdez
Courtroom Clerk

Civil Case
Revised March 2014