

FILED

OCT 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LESLIE LARAY CRAWFORD,

                Plaintiff,

vs.

CITY OF BAKERSFIELD, AND
AARON STINGER,

                Defendants.

_____/

**JUDGMENT IN A CIVIL ACTION**

1:14-cv-01735-SAB

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS AARON STRINGER AND CITY OF BAKERSFIELD AND AGAINST PLAINTIFF LESLIE LARAY CRAWFORD.

DATED:  October 20, 2016

                         MARIANNE MATHERLY, Clerk

               By:

                         Deputy Clerk