# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>            Defendants. | Case No.  1:14-cv-01735-SAB<br><br>ORDER DISREGARDING DIRECTING CLERK OF COURT TO FORWARD APPLICATION TO PROCEED IN FORMA PAUPERIS TO NINTH CIRCUIT<br><br>(ECF No. 100) |

On November 23, 2016, the United States Court of Appeals for the Ninth Circuit issued an order directing Plaintiff to "file a motion with this court to proceed in forma pauperis" or pay the $505.00 docketing and filing fee for Plaintiff's appeal.  (ECF No. 98.)  On December 2, 2016, Plaintiff filed an application to proceed in forma pauperis.  (ECF No. 100.)  As Plaintiff is responding to the order of the Ninth Circuit, Plaintiff's appliction to proceed in forma pauperis should have been filed in the Ninth Circuit.

According, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DISREGARDED; and
2. The Clerk of the Court is DIRECTED to forward Plaintiff's application to proceed in forma pauperis to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  **December 5, 2016**

UNITED STATES MAGISTRATE JUDGE

1