# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD, | Case No. 1:14-cv-01735-SAB |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

A jury trial was conducted in this matter and on October 20, 2016, the jury returned a verdict for Defendants City of Bakersfield and Aaron Stinger and against Plaintiff Leslie Laray Crawford. (ECF Nos. 83, 87.) Judgment was entered on October 21, 2016, and Plaintiff filed a notice of appeal that was processed to the Ninth Circuit Court of Appeals on November 21, 2016. (ECF Nos. 89, 92, 93.)

On December 16, 2019, this action was remanded and the mandate issued on January 7, 2020. (ECF Nos. 103, 111.) A status conference was held on January 21, 2020. Counsel Ben Meiselas appeared telephonically for Plaintiff; and counsel Heather Cohen appeared telephonically for Defendants.

At the status conference, Mr. Meiselas stated that he is new counsel for Plaintiff and Defendants indicated that they are intending to file a writ of certiorari with the Supreme Court. Therefore, the Court finds that this matter is not ripe to set for trial at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report regarding Defendants' writ of certiorari on or before **April 3, 2020**; and

2. Within **three (3) days** of the date of entry of this order, Mr. Meiselas shall file the appropriate paperwork to appear in this action as counsel for Plaintiff if he has not already done so.

IT IS SO ORDERED.

Dated: **January 21, 2020**

UNITED STATES MAGISTRATE JUDGE