# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER RE JOINT STATUS REPORT ON DEFENDANTS' PETITION FOR WRIT OF CERTIORARI<br><br>(ECF No. 116) |

A jury trial was conducted in this matter and on October 20, 2016, the jury returned a verdict for Defendants City of Bakersfield and Aaron Stinger and against Plaintiff Leslie Laray Crawford. (ECF Nos. 83, 87.) Judgment was entered on October 21, 2016, and Plaintiff filed a notice of appeal that was processed to the Ninth Circuit Court of Appeals on November 21, 2016. (ECF Nos. 89, 92, 93.) On December 16, 2019, this action was remanded and the mandate issued on January 7, 2020. (ECF Nos. 103, 111.)

A status conference was held on January 21, 2020, at which, Defendants indicated they intended to file a writ of certiorari with the Supreme Court of the United States. (ECF No. 113.) Finding the matter not ripe to set for trial, the Court ordered the parties to file a joint status report regarding Defendants' writ of certiorari on or before April 3, 2020. (ECF No. 114.) On April 3, 2020, the parties filed a joint status report indicating that on March 5, 2020, the Defendants filed a petition for writ of certiorari, and any brief in opposition to the Defendants' petition must be

filed on or before April 8, 2020. (ECF No. 116.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report regarding the status of Defendants' petition for writ of certiorari within six (6) months of issuance of this order; and
2. If Defendants' petition for writ of certiorari is denied prior to the expiration of the six (6) month period, the parties shall file a joint status report within fourteen (14) days of the date of denial.

IT IS SO ORDERED.

Dated: **April 6, 2020**

_____
UNITED STATES MAGISTRATE JUDGE