# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER SETTING SCHEDULING CONFERENCE |

A jury trial was conducted in this matter and on October 20, 2016, the jury returned a verdict for Defendants City of Bakersfield and Aaron Stinger and against Plaintiff Leslie Laray Crawford. (ECF Nos. 83, 87.) Judgment was entered on October 21, 2016, and Plaintiff filed a notice of appeal that was processed to the Ninth Circuit Court of Appeals on November 21, 2016. (ECF Nos. 89, 92, 93.)

On December 16, 2019, this action was remanded and the mandate issued on January 7, 2020. (ECF Nos. 103, 111.) Following remand, Defendants filed a writ of certiorari with the United States Supreme Court. On October 6, 2020, the parties filed a joint status report informing the Court that the Supreme Court had denied the writ of certiorari. Therefore, this action is ready to be reset for trial and a scheduling conference shall be held to set dates for a pretrial conference and the trial of this matter.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. A scheduling conference is set for **October 29, 2020, at 11:00 a.m.,** in Courtroom 9; and

2. The parties shall file a joint scheduling report setting forth proposed dates for the pretrial conference and trial of this matter **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 7, 2020**

UNITED STATES MAGISTRATE JUDGE

2