# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER GRANTING WITHDRAWAL OF BRIAN T. DUNN AND MEGAN GYONGYOS AS ATTORNEYS FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE BRIAN T. DUNN AND MEGAN GYONGYOS AS ATTORNEYS OF RECORD<br><br>(ECF No. 123) |

On October 29, 2020, a notice of dissociation of Brian T. Dunn and Megan Gyongyos as counsel for Plaintiff Leslie Laray Crawford was filed. (ECF No. 123.) Attorney Benjamin Jared Meiselas remains as counsel of record.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Brian T. Dunn and Megan Gyongyos as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Brian T. Dunn and Megan Gyongyos as attorneys for Plaintiff Leslie Laray Crawford.

IT IS SO ORDERED.

Dated: **October 30, 2020**

UNITED STATES MAGISTRATE JUDGE

1