# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BAKERSFIELD and AARON STRINGER,<br><br>  Defendants. | Case No. 1:14-cv-01735-SAB<br><br>AMENDED SCHEDULING ORDER SETTING PRETRIAL CONFERENCE AND TRIAL<br><br>**Pre-Trial Conference:**<br>  August 27, 2021, at 9:30 a.m. in<br>  Courtroom 9<br><br>**Trial:** October 12, 2021, at 8:30 a.m. in<br>  Courtroom 9<br>  3 to 5 days |

A jury trial was conducted in this matter and on October 20, 2016, the jury returned a verdict for Defendants City of Bakersfield and Aaron Stinger and against Plaintiff Leslie Laray Crawford. (ECF Nos. 83, 87.) Judgment was entered on October 21, 2016, and Plaintiff filed a notice of appeal that was processed to the Ninth Circuit Court of Appeals on November 21, 2016. (ECF Nos. 89, 92, 93.)

On December 16, 2019, this action was remanded and the mandate issued on January 7, 2020. (ECF Nos. 103, 111.) Following remand, Defendants filed a writ of certiorari with the United States Supreme Court. On October 6, 2020, the parties filed a joint status report informing the Court that the Supreme Court had denied the writ of certiorari.

### I. Scheduling Conference

A scheduling conference was held on October 29, 2020, to set dates for the retrial of this case. Counsel Benjamin Meiselas appeared by video for Plaintiff and counsel Michael

Marderosian and Heather Cohen appeared by video for Defendants.

**II.      Pre-Trial Conference Date**

The Pre-Trial conference is set for **August 27, 2021 at 9:30 a.m. in 9** before United States Magistrate Judge Stanley A. Boone.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2).** The parties are further directed to submit a digital copy of their Pretrial Statement in Word format, directly to Magistrate Judge Boone's chambers by email at SABorders@caed.uscourts.gov.

Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules. In addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a Joint Statement of the Case to be used by the Court to explain the nature of the case to the jury during *voir dire*.

**II.      Trial Date**

A trial is set for **October 12, 2021, at 8:30 a.m. in Courtroom 9** before Magistrate Judge Boone

A.     This is a jury trial.

B.     Counsels' Estimate of Trial Time:  three to five days.

C.     Counsels' attention is directed to Local Rule 285 for the Eastern District of California.

**III.     Settlement Conference**

Should the parties desire a settlement conference, they may jointly request one of the court, and one will be arranged before another judicial officer.

IT IS SO ORDERED.

Dated:   **October 30, 2020**

UNITED STATES MAGISTRATE JUDGE