# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER FOLLOWING STATUS CONFERENCE MODIFYING PRETRIAL SCHEDULING ORDER AND CONTINUING TRIAL DATE |

    This matter is currently set for trial on October 12, 2021. (ECF No. 133.) A status conference was held by videoconference on September 27, 2021. Counsel Ben Meiselas appeared for Plaintiff; and counsel Heather Cohen and Mick Marderosian appeared for Defendants.

    At the status conference, the parties indicated they were engaged in productive settlement discussions and sought a brief continuance of the motions *in limine* hearing date and other pretrial filing deadlines. Finding good cause exists to grant a brief continuance, the Court shall continue the hearing on the parties' motions *in limine* and Defendants' motion to trifurcate the trial to October 13, 2021. The Court shall continue the deadline on all remaining pretrial filings as set forth in the pretrial scheduling order (ECF No. 133) to close of business on October 13, 2021. The Court shall continue the trial date to October 19, 2021. The parties shall keep the Court apprised of any developments in their settlement discussions.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the parties' motions *in limine* and Defendants' motion to trifurcate the trial (ECF Nos. 136, 137, 138) is continued to October 13, 2021, at 10:00 a.m. in Courtroom 9;

2. The deadline for all remaining pretrial filings identified in the pretrial scheduling order (ECF No. 133 at 25–40) is continued to close of business on October 13, 2021;

3. The trial date is continued to October 19, 2021, at 8:30 a.m. in Courtroom 9; and

4. If the parties reach a settlement agreement, they shall notify the Court of the settlement immediately.

IT IS SO ORDERED.

Dated:   **September 28, 2021**

UNITED STATES MAGISTRATE JUDGE