# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE LARAY CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | Case No. 1:14-cv-01735-SAB<br><br>ORDER VACATING OCTOBER 13, 2021 HEARING AND OCTOBER 19, 2021 TRIAL AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 136, 137, 138, 142)<br><br>TWENTY-ONE DAY DEADLINE |

This matter is currently set for trial on October 19, 2021. A hearing on the parties' *in limine* motions is set for October 13, 2021, and the deadline for all remaining pretrial filings is the same day. (See ECF No. 142.)

On October 7, 2021, the parties informed the Court that a settlement had been reached between the parties and requested the Court vacate the trial and hearing dates. The parties proffer they intend to file a stipulated dismissal once the agreement memorializing the settlement is executed and the settlement proceeds are issued.

For the reasons stated, the trial of this matter set for October 19, 2021, the hearing on the motions *in limine* and Defendants' motion to trifurcate set for October 13, 2021, and the deadlines in the modified pretrial order shall be vacated. The parties are directed to file dispositional documents within twenty-one days.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the parties' motions *in limine* and motion to trifurcate set for October 13, 2021 (ECF Nos. 136, 137, 138), is VACATED;

2. The trial of this matter set for October 19, 2021, and the remaining deadlines in the modified pretrial scheduling order (ECF No. 142) are VACATED; and

3. The parties SHALL FILE dispositional documents within **twenty-one (21) days** of entry of this order.

IT IS SO ORDERED.

Dated:   **October 7, 2021**

UNITED STATES MAGISTRATE JUDGE